Laquita **WYNN**, Appellant,

v.

**GATEWAY 2000, INC.**, a Delaware Corporation, Appellee.

No. 01–1988.

United States Court of Appeals, Eighth Circuit.

Submitted Aug. 24, 2001.

Decided Sept. 10, 2001.

450

Before WOLLMAN, Chief Judge, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

PER CURIAM.

Laquita Wynn brought a 42 U.S.C. § 1981 action against her employer in August 2000. She then failed to comply with two orders of the district court,[1] the first directing her to file a proposed scheduling order, and the second ordering her to show cause why she had not done so; she also failed to serve the complaint on the defendant. In March 2001, the district court dismissed the action with prejudice under Federal Rule of Civil Procedure 41(b). Wynn appeals, arguing that dismissal with prejudice was unwarranted.

Given Wynn's complete failure to prosecute, we find no abuse of discretion in the dismissal of the complaint with prejudice. *See Rodgers v. Curators of Univ. of Mo.,* 135 F.3d 1216, 1219 (8th Cir.1998) (standard of review). Accordingly, we affirm.

---

1. The Honorable Dean Whipple, Chief Judge, United States District Court for the Western District of Missouri.